

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORENZO WOOD, JR.,

Defendant.

Case No. 25-CR- **25-CR-215**

[18 U.S.C. §§ 1951(a), 924(c),
922(g)(1), & 924(e)(1)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.      At all times material to this Indictment, Kwik Trip, located at 5821 Green Valley Road in Winnebago County, Wisconsin, was a business engaged in the movement of articles and commodities in interstate commerce.

2.      On or about October 13, 2025, in the State and Eastern District of Wisconsin,

### LORENZO WOOD, JR.,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendant did unlawfully take and obtain U.S. currency from an employee of Kwik Trip against her will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951(a).

## <u>COUNT TWO</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 13, 2025, in the State and Eastern District of Wisconsin,

## **LORENZO WOOD, JR.,**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence,

namely robbery, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about October 13, 2025, in the State and Eastern District of Wisconsin,

**LORENZO WOOD, JR.,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearm is further described as an H&R model 732, .32 caliber revolver, bearing serial number AT103163.

3.      Before the defendant committed the offense charged in this count, the defendant had at least three previous convictions for crimes of violence committed on occasions different from one another.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1). .

A TRUE BILL:

_____

FOREPERSON

Dated: *10·28·25*

_____

RICHARD G. FROHLING
Acting United States Attorney

3