**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**

**ARRAIGNMENT AND PLEA MINUTES**

v.

**LORENZO WOOD, JR**                                          **Case No. 25-cr-215**

---

HONORABLE TIFFANY E. WOELFEL, presiding        Hearing Began: <u>01:40pm</u>
Deputy Clerk: Jenny                                               Hearing Ended: <u>01:49pm</u>
Hearing Held: October 31, 2025                              Tape Number:   Zoom 103125

**<u>Appearances:</u>**

UNITED STATES OF AMERICA by:          Daniel Humble
LORENZO WOOD, JR  by:                     Thomas Phillip
                                                               ☒ FDS  ☐ CJA  ☐ RET

U.S. PROBATION OFFICE by:                Robert Herman

Defendant appears via video conference.
☒ Defendant consents to proceed via video from Winnebago County Jail.

---

☒ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Felony  ☐ Misdemeanor

Speedy Trial Date:     <u>January 9, 2026</u>               District Judge:     <u>Byron B. Conway</u>
Final Pretrial Conf.:   <u>December 19, 2025 at 1:30PM</u>   Magistrate Judge: <u>William E. Duffin</u>
Jury Trial Date:        <u>January 6, 2026 at 8:30AM</u>      Motions Due:       <u>November 17, 2025</u>
Trial Length Estimate: <u>3 days</u>                           Responses Due:    <u>November 28, 2025</u>
                                                                        Replies Due:        <u>December 3, 2025</u>

---

☒ Defendant advised of rights                          ☒ Expanded discovery policy applies

☒ Court orders counsel appointed                   ☒ Government to disclose grand jury materials one day prior to trial

☒ Copy of indictment received by defendant      ☐ Oral Motion for Complex Designation:
   ☐ document read  ☒ reading waived                ☐ Granted  ☐ Denied
☒ Defendant advised of charges, penalties, and fines    ☐ Referred to William E. Duffin
☒ Not guilty plea entered by: ☒ Defendant ☐ Court  ☐ Case designated complex

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.  Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

---

Maximum Penalties: Ct1: 20yrs; 3yrs SR;$250,000 fine; $100 SA.  Ct 2: Mand consecutive 7yrs-life; $250,000 fine; 5yrs SR; $100 SA.  Ct 3: Mand 15yrs-life; $250,000 fine; 5yrs SR; $100 SA

Court orders federal detainer

<span style="color:blue">Case 1:25-cr-00215-BBC    Filed 10/31/25    Page 1 of 1    Document 4</span>
