# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      **Plaintiff,**

      **v.**

                                    **Case No. 25-cr-215**

LORENZO WOOD, Jr.,

      **Defendant.**

---

## CRIMINAL PRETRIAL ORDER

---

1. The final pretrial conference will be held on **December 19, 2025 at 1:30pm (CT)** at 125 S. Jefferson Street, Green Bay, WI 54301, in Room 201, and attorneys for all parties are required to appear in person.

2. All plea negotiations are expected to be completed and written plea agreements filed before the final pretrial conference. Due to the inconvenience to jurors and the unnecessary work of the Court and its staff resulting from last minute settlements, the Court reserves its right to deny any reduction in the offense level for acceptance of responsibility with respect to any plea agreements entered after that time.

3. All motions in limine are to be served and filed 10 days prior to the date set for the final pretrial conference, with responses served and filed 3 days prior to the final pretrial conference.

4. A jury trial will be held on **January 6, 2026 at 8:30am (CT)** at 125 S. Jefferson Street, Green Bay, WI 54301, in Room 201.

5. Counsel must file their witness list, proposed voir dire questions, proposed jury instructions, and proposed verdict form and submit a copy of each in Word to the proposed order e-mail

box at ConwayPO@wied.uscourts.gov at least seven days before the scheduled start of the trial.

6. Documents identified as exhibits must be marked before trial and must be numbered sequentially, with only one exhibit number assigned to each document or physical object throughout the course of the trial. Exhibit numbers 1–999 are reserved for plaintiff; Exhibit numbers 1000–1999 are reserved for defendant; successive blocks of numbers are reserved for any additional parties starting with 2000–2999. The parties should consult with each other so as to avoid marking duplicate copies of the same exhibit.

7. On or prior to the first day of trial, counsel must provide opposing counsel with a complete copy of all exhibits to be presented at trial in either electronic or paper form. Upon offering an exhibit into evidence, if not prior thereto, the offering attorney should provide a copy of the exhibit to the Court. No exhibit may be displayed to the jury until the Court has admitted it into evidence. The Clerk is the custodian of all original exhibits with the exception of items expressly authorized by the Court to be held by law enforcement or others (i.e., controlled substances, firearms, etc.).

8. One business day prior to the commencement of the trial, exhibit list(s) are to be e-mailed to wied_clerks_gb@wied.uscourts.gov in fill-able format. All exhibit lists are to be prepared using the Exhibit and Witness List form located on the court's website, wied.uscourts.gov, in the Forms Repository. The parties may prepare either joint or separate exhibit lists.

**SO ORDERED** at Green Bay, Wisconsin this 31st day of October, 2025.

s/ Byron B. Conway
Byron B. Conway
United States District Judge

2